THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS RUSSELL BOARDMAN,<br><br>Petitioner,<br><br>v.<br><br>JEFFREY A. UTTECHT, *et al.*,<br><br>Respondent. | CASE NO. C21-5428-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Petitioner's motion for an extension of time (Dkt. No. 16) is renoted for consideration on November 15, 2021. The time for filing Objections to the Report and Recommendation of the Magistrate (Dkt. No. 15) is extended to and including November 19, 2021.

DATED this 15th day of November 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER, C21-5428-JCC
PAGE - 1